**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

UNITED STATES OF AMERICA

v.

RAYMOND LILLY

Criminal No.

2023 DEC 20 P 3: 47

1: 23 -cr-135-NT    DEPUTY CLERK

**INDICTMENT**

The Grand Jury charges:

COUNT ONE
(Possession of Firearm by Prohibited Person – Felon)

On about September 1, 2023, in the District of Maine, the defendant,

**RAYMOND LILLY**

knowing that he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, namely

> Possession of Firearms by a Felon on or about July 28, 2022, in the United States District Court for the District of Maine in docket 2:21-cr-00123-NT; and

> Possession of an Unregistered Firearm on or about May 9, 2012, in the United States District Court for the District of Maine in docket 2:11-cr-225-001,

knowingly possessed, in and affecting commerce, a firearm, that is:

> a Smith and Wesson, model M&P 15-22, .22 caliber rifle, bearing serial number JAK0352.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

NOTICE OF FORFEITURE
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

Upon conviction of the offense in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(8) set forth in Count One of this Indictment, the

defendant,

**RAYMOND LILLY**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to:

- One (1) Smith and Wesson, model M&P 15-22, .22 caliber rifle, S/N: JAK0352

A TRUE BILL

Signature Redacted – Original on file
with the Clerk's Office

DATED: DECEMBER 20, 2023

_____
ASSISTANT UNITED STATES ATTORNEY